UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAPNA, INC., *Plaintiff*, -against- SELFX INNOVATIONS INC., et al., *Defendants*. | 22-CV-10753 (ALC) <u>ORDER</u> |

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendants' letter requestion a pre-motion conference in anticipation of their motion to dismiss the First Amended Complaint, ECF No. 61, and Plaintiff's response letter, ECF No. 66. The request for a pre-motion conference is **DENIED**. The Parties are hereby **ORDERED** to adhere to the following briefing schedule:

| | |
|---|---|
| Motion to Dismiss: | July 10, 2023 |
| Opposition to Motion to Dismiss: | July 25, 2023 |
| Reply to Opposition: | August 1, 2023 |

**SO ORDERED.**

**Dated:** **June 26, 2023**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**