```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAPNA, INC.,

                 Plaintiff,

      - against -

SELFX INNOVATIONS INC., et al,

                Defendants.
------------------------------------------------------------X

22-CV-10753 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     As directed at the hearing held on November 30, 2023, (1) Defendants shall provide their responses and documents to Plaintiff's First Request for the Production of Documents by December 6, 2023; and (2) Plaintiff's request for a protective order against responding to Defendant's inordinately numerous document requests is granted; Defendant shall serve a new set of streamlined document requests that are not unduly burdensome.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 30, 2023
       New York, New York

Copies transmitted this date to all counsel of record.