UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAPNA, INC.,

                    Plaintiff,

        - against -

SELFX INNOVATIONS INC., et al,

                    Defendants.
------------------------------------------------------------X

22-CV-10753 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 30, 2023, the Court held a show cause hearing concerning Plaintiff's motion for sanctions filed on October 29, 2023. As directed at the hearing, Plaintiff shall submit a proposed order for the relief granted on the record. Plaintiff shall submit the proposed order by December 5, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 30, 2023
       New York, New York

Copies transmitted this date to all counsel of record.