```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
JAPNA, INC.,

                        Plaintiff,         Case No. 1:22-cv-10753-ALC-RWL

    -against-

                                              **[PROPOSED] ORDER**

CLAUDIA ORTIZ, TULIP APPARELS LLC,
TULIP CREATIONS PRIVATE LIMITED, SELFX
INNOVATIONS INC. a.k.a. FASHINZA, SELFX
INDIA PRIVATE LIMITED, LUNA SKIES, LLC,
SMARTH GUPTA, SURENDER KUMAR
GUPTA, ABHISHEK SHARMA, PAWAN
GUPTA,

                        Defendants.
-------------------------------------------------------------

       **THIS CAUSE** came before the Court upon Plaintiff JAPNA, Inc.'s ("JAPNA") Order to Show Cause for Sanctions Against Defendant Claudia Ortiz ("Defendant Ortiz"). Upon having considered the papers submitted by JAPNA and Defendant Ortiz, and upon oral argument, the Court **GRANTS** Plaintiff's Order to Show Cause as follows:

       **IT IS HEREBY ORDERED** that Defendants Ortiz, Tulip Apparels LLC, Tulip Creations Private Limited, SELFX Innovations Inc., SELFX India Private Limited, Luna Skies, LLC, Smarth Gupta, Surender Kumar Gupta, Abhishek Sharma, and Pawan Gupta (together "Defendants"), are prohibited from entering or visiting the JAPNA, Inc. facilities located at 499 7th Avenue, 10th Floor, New York, NY 10018, through the pendency of this action, including through all applicable appeals, whether through their agents, employees, contractors, officers directors, or others acting at the behest of the Defendants.

       **IT IS FURTHER ORDERED** that service of a copy of this Order by ECF, shall be deemed good and sufficient service thereof.

**IT IS SO ORDERED**

On this December _____, 2023

_____
Hon. Robert W. Lehrburger, U.S.M.J.

To: All Counsel (via ECF)

The Court is so-ordering the stipulation providing the relief requested herein as to Defendant Ortiz and others acting on her behalf. The show cause application and hearing did not present any proof with respect to conduct of other defendants. Accordingly, the Court will not grant the broader relief requested in the instant proposed order without prejudice to renewal should circumstances so warrant.

SO ORDERED: _/s/_____

_12/6/2023_

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE