```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAPNA, INC.,                                                :
                                                            :    22-CV-10753 (ALC) (RWL)
                        Plaintiff,                          :
                                                            :    ORDER
        - against -                                         :
                                                            :
SELFX INNOVATIONS INC., et al,                              :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Plaintiff's letter motion requesting a five-month extension of fact discovery. The application is granted in part. The Court finds good cause for an extension of three months. Accordingly, the new deadline for fact discovery is **April 18, 2024**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 8, 2024
       New York, New York

Copies transmitted this date to all counsel of record.